No. 98–7420. WEATHERLY v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–7422. WATKIS v. AMERICAN NATIONAL INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 98–7427. HUNTER v. STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7430. HURD v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 98–7435. FORD v. ALABAMA BOARD OF PARDONS AND PAROLES ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–7442. DiCESARE v. BALDRIDGE ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–7443. GREGORY v. LOVE ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–7444. FASSLER v. COLLINS, JUDGE, SUPERIOR COURT OF ARIZONA, PIMA COUNTY. Sup. Ct. Ariz. Certiorari denied.

No. 98–7449. PEREZ v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7454. TAYLOR v. MCDUFFIE ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–7456. OLDHAM v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–7469. TRIPP v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 98–7472. BULJAT v. FEDERAL HOME LOAN MORTGAGE CORPORATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–7473. CARRASCO CASTILLO v. TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.